IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND BROADNAX, | ) | |
| # 176710, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-1082-WKW |
| | ) | [WO] |
| BILL WYNNE, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## **ORDER**

On January 26, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 54.) Upon an independent review of the file in this case, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Defendants' Motions for Summary Judgment are GRANTED; and

(3) This case is DISMISSED with prejudice.

An appropriate final judgment will be entered separately.

DONE this 19th day of February, 2015.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE